1  Jonathan D. Selbin (State Bar No. 170222)
   jselbin@lchb.com
2  Annika K. Martin
3  akmartin@lchb.com
   LIEFF CABRASER HEIMANN &
4  BERNSTEIN, LLP
   275 Battery Street, 29th Floor
5  San Francisco, CA  94111-3339
   Telephone:  415.956.1000
6
7  Joseph G. Sauder
   jgs@sstriallawyers.com
8  SAUDER SCHELKOPF LLC
   555 Lancaster Avenue
9  Berwyn, Pennsylvania 19312
   Telephone:  888.711.9975
10
11
   [additional attorneys listed on signature page]
12
   *Attorneys for Plaintiffs and the Proposed Class*
13

14              UNITED STATES DISTRICT COURT
15              CENTRAL DISTRICT OF CALIFORNIA
16                    WESTERN DIVISION
17

| | |
|---|---|
| JANE DOE K.G., JANE DOE T.F., and JANE DOE B.S., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PASADENA HOSPITAL ASSOCIATION, LTD., d/b/a HUNTINGTON MEMORIAL HOSPITAL, and PATRICK SUTTON, M.D.;<br><br>Defendants. | Case No. 2:18-cv-8710<br><br>NOTICE OF RELATED CASE |

1660848.1

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT, pursuant to Civil Local Rule 83-1.3, Plaintiffs Jane Doe K.G., Jane Doe T.F. and Jane Doe B.S., individually and on behalf of all others similarly situated, provide notice that the above captioned action of *Jane Doe K.G., et al. v. Pasadena Hospital Association, Ltd. d/b/a Huntington Memorial Hospital, and Patrick Sutton, M.D.*, is related to the following filed actions pending in Los Angeles Superior Court:

- *Jane Doe D.M. v. Pasadena Hospital Association, Ltd., et al.* Case No. 18ST – CV – 02301.

Dated:  November 1, 2018         Respectfully submitted,

By: /s/

Jonathan D. Selbin (Bar No. 170222)
Annika K. Martin (admitted *pro hac vice*)
Valerie D. Comenencia Ortiz
jselbin@lchb.com
akmartin@lchb.com
vcomenenciaortiz@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

| | |
|---|---|
| 1 | Joseph G. Sauder (*pro hac vice* pending) |
| 2 | Matthew D. Schelkopf |
|  | Lori G. Kier |
| 3 | jgs@sstriallawyers.com |
|  | mds@sstriallawyers.com |
| 4 | lgk@sstriallawyers.com |
|  | SAUDER SCHELKOPF LLC |
| 5 | 555 Lancaster Avenue |
|  | Berwyn, Pennsylvania 19312 |
| 6 | Telephone: 888.711.9975 |
| 7 | Facsimile: 610-421-1326 |
| 8 | Marc L. Godino (Bar No. 182689) |
|  | mgodino@glancylaw.com |
| 9 | GLANCY PRONGAY & MURRAY LLP |
| 10 | 1925 Century Park East, Suite 2100 |
|  | Los Angeles, CA 90067 |
| 11 | Telephone: 310-201-9150 |
|  | Facsimile: 310-201-9160 |
| 12 | |
| 13 | *Counsel for Plaintiffs and the Proposed Class* |

- 2 -

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On November 1, 2018, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 1, 2018, at New York, New York.

Annika K. Martin