Jonathan D. Selbin (State Bar No. 170222)
jselbin@lchb.com
Annika K. Martin (*pro hac vice*)
akmartin@lchb.com
Valerie D. Comenencia Ortiz (State Bar No. 322379)
vcomenenciaortiz@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000

*Counsel for Plaintiffs and the Putative Class*

[additional attorneys listed on signature page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE K.G., JANE DOE T.F., JANE DOE B.S., and JANE DOE W.D., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PASADENA HOSPITAL ASSOCIATION, LTD., d/b/a/ HUNTINGTON MEMORIAL HOSPITAL, THE MEDICAL STAFF OF HUNTINGTON MEMORIAL HOSPITAL, and PATRICK SUTTON, M.D.;<br><br>Defendants. | CASE NO.: 2:18-cv-08710-ODW (MAAx)<br><br>**JOINT STIPULATION TO REQUEST NEW HEARING DATE ON DEFENDANTS' MOTIONS TO DISMISS AND MOTIONS TO STRIKE AND TO SET DEFAULT BRIEFING SCHEDULE**<br><br>Previously set hearing date: July 8, 2019<br>Previously set hearing time: 1:30 p.m.<br>Crtrm: 5D<br><br>Proposed hearing date: May 20, 2019<br>Proposed hearing time: 1:30 p.m.<br>Crtrm: 5D<br><br>Action Filed:   10/10/2018<br>Trial Date:      None |

1705510.2

1  Plaintiffs Jane Doe K.G., Jane Doe T.F., Jane Doe B.S., and Jane Doe W.D.
2  ("Plaintiffs"), Defendant Pasadena Hospital Association, LTD., doing business as
3  Huntington Memorial Hospital ("Huntington Hospital"), and Defendant The Medical
4  Staff of Huntington Memorial Hospital ("The Medical Staff") (collectively, "the
5  Parties"), pursuant to Central District of California Civil Code Local Rule 7-1, hereby
6  stipulate and agree to the following:
7  WHEREAS, on February 25, 2019, Defendant Huntington Hospital filed its
8  Notice of Motion and Motion to Dismiss Second Amended Complaint [Dkt. 45], and
9  its Notice of Motion and Motion to Strike Plaintiffs' Second Amended Complaint
10 [Dkt. 46], both requesting a hearing date of July 8, 2019;
11 WHEREAS, on February 25, 2019, Defendant The Medical Staff filed its
12 Notice of Motion and Motion to Dismiss [Dkt. 44], and its Notice of Motion and
13 Motion to Strike Plaintiffs' Second Amended Complaint [Dkt. 41], both requesting a
14 hearing of July 8, 2019;
15 WHEREAS, on March 1, 2019, Defendant The Medical Staff filed a Notice of
16 Joinder and Joinder to Co-Defendant Huntington Hospital's Motion to Dismiss and
17 Motion to Strike Plaintiffs' Second Amended Complaint [Dkt. 49];
18 WHEREAS, on March 13, 2019, Defendant The Medical Staff re-filed its
19 Notice of Motion and Motion to Dismiss [Dkt. 55], without any substantive changes;
20 WHEREAS, in consultation with Plaintiffs, Defendants Huntington Hospital
21 and The Medical Staff have agreed to revise their requested hearing date of July 8,
22 2019 to May 20, 2019;
23 NOW THEREFORE, it is hereby stipulated and agreed by the Parties as
24 follows:
25 The hearing on Defendants' Motions to Dismiss and Motions to Strike shall be
26 on May 20, 2019 at 1:30 p.m. Plaintiffs' oppositions and Defendants' replies shall be
27 due in accordance with the default Local Rules, *i.e.*, Plaintiffs' oppositions shall be
28 due on April 29, 2019 and Defendants' replies shall be due on May 6, 2019. The

- 1 -

1705510.2

1 | Court may issue an order consistent with this stipulation.

3 |       SO STIPULATED AND AGREED.

6 | Dated:  March 19, 2019    By: /s/ Annika K. Martin
                                             Annika K. Martin

Jonathan D. Selbin (Bar No. 170222)
Annika K. Martin (*pro hac vice*)
Valerie D. Comenencia Ortiz (Bar No. 322379)
jselbin@lchb.com
akmartin@lchb.com
vcomenenciaortiz@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

Joseph G. Sauder (*pro hac vice* pending)
Matthew D. Schelkopf
Lori G. Kier
jgs@sstriallawyers.com
mds@sstriallawyers.com
lgk@sstriallawyers.com
SAUDER SCHELKOPF LLC
555 Lancaster Avenue
Berwyn, Pennsylvania 19312
Telephone:  888.711.9975
Facsimile:  610-421-1326

Marc L. Godino (Bar No. 182689)
mgodino@glancylaw.com
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone:  310-201-9150
Facsimile:   310-201-9160

*Counsel for Plaintiffs and the Putative Class*

1705510.2

- 2 -

| | | |
|---|---|---|
| 1 | | |
| 2 | | All other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing. |
| 3 | | |
| 4 | Dated:  March 19, 2019 | By:  /s/ N. Denise Taylor |
| 5 | | N. Denise Taylor |

N. Denise Taylor (Bar No. 101434)
Cherie L. Lieurance (Bar No. 119979)
dtaylor@taylordemarco.com
clieurance@taylordemarco.com
TAYLOR DEMARCO LLP
1000 Wilshire Blvd., Suite 600
Los Angeles, CA  90017-2463
Telephone:  213-687-1600
Facsimile:  213-687-1620

*Counsel for Defendant Pasadena Hospital Assoc., Ltd., dba  Huntington Memorial Hospital*

Dated:  March 19, 2019         By:  /s/ Katherine T. Weadock
                                              Katherine T. Weadock

Marilyn R. Moriarty (Bar No. 89818)
Katherine T. Weadock (Bar No. 185696)
Matthew K. Izu (Bar No. 259534)
Marilyn.Moriarty@lewisbrisbois.com
Katherine.Weadock@lewisbrisbois.com
Matthew.Izu@lewisbrisbois.com
Lewis Brisbois LLP
701 B Street, Suite 1900
San Diego, CA  92101
Telephone:  619-699-4941
Facsimile:  619-233-8627

*Counsel for Defendant The Medical Staff of Huntington Memorial Hospital*

1705510.2

- 3 -

**CERTIFICATE OF SERVICE**

I, Annika K. Martin, hereby certify that on this 19th day of March, 2019, I electronically filed JOINT STIPULATION TO REQUEST NEW HEARING DATES ON DEFENDANTS' MOTIONS TO DISMISS AND MOTIONS TO STRIKE AND TO SET DEFAULT BRIEFING SCHEDULE with the Clerk of the United States District Court for the Central District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

I declare under penalty of perjury that the foregoing is true and correct. Executed in New York, New York on March 19, 2019.

_____
Annika K. Martin