JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | 2:18-cv-08710-ODW (MAAx) | Date | December 29, 2021 |
|---|---|---|---|
| Title | *Jane Doe K.G. et al. v. Pasadena Hospital Association, Ltd. et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**

On November 23, 2021, after receiving notice that the parties had reached a non-class settlement in principle of this matter, including dismissal of the Complaint, the Court placed this matter on inactive status and set a December 27, 2021 deadline for the parties to file Federal Rule of Civil Procedure 41-compliant dismissal documents. (Min. Order, ECF No. 201.) The Court based this deadline off the parties' request for thirty days to fully resolve the matter. The Court indicated that "[f]ailure to timely file dismissal documents may be deemed consent to dismissal of the action." (Min. Order 2.) Then, on December 27, 2021, the parties filed a Joint Stipulation for Extension of Time to File Notice of Dismissal. (Stip., ECF No. 202.) The parties ask for more time to file dismissal documents without specifying any reason why more time is needed.

Based upon the parties' failure to show good cause for a continuance, (*see* Scheduling & Case Management Order 1, ECF No. 85), and pursuant to the Court's prior warning regarding the consequences of failure to timely file dismissal documents, the Court **DISMISSES** this case **WITHOUT PREJUDICE**. Any remaining dates and deadlines are **VACATED**. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

| | : | 00 |
|---|---|---|
| Initials of Preparer | SE | |